Billy GRICE, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 77–2245

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 1978.

Stephen A. Kermish, Atlanta, Ga., for petitioner-appellant.

D. Broward Segrest, David L. Allred, Asst. U. S. Attys., Montgomery, Ala., for respondent-appellee.

Before MORGAN, CLARK and TJOF-LAT, Circuit Judges.

PER CURIAM:

In this appeal from the denial of a section 2255 [1] motion to vacate sentence, petitioner contends that the district court lacked authority, in sentencing petitioner after conviction of multiple counts,[2] to impose *concurrent* prison sentences and *cumulative* fines (which, in total, exceeded the fine that could have been imposed on any given count.) While this court has not previously been called upon to consider the propriety of such sentencing, we have expressly noted its practice in this circuit, *see United States v. Scott*, 555 F.2d 522, 525 n. 1 (5th Cir.) *cert. denied*, —— U.S. ——, 98 S.Ct. 610, 54 L.Ed.2d 478 (1977); *United States v. Parr*, 509 F.2d 1381, 1383 (5th Cir. 1975) and we fail to perceive its claimed statutory or constitutional invalidity in a case such as this one. Finding petitioner's remaining contentions to be meritless, we affirm the judgment of the district court.

AFFIRMED.

---

ment of *Waterman* shows that the Court did not intend to change the *Waterman* holding.

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir. 1970, 431 F.2d 409, Part I.

1. 28 U.S.C. § 2255 (1970).

2. He was charged and convicted of offenses under 18 U.S.C. §§ 371, 641, and 2314 (1970).